HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SUNG MO JUN,<br><br>        Defendant. | Case No. CR21-135 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR TRAVEL OUTSIDE THE UNITED STATES WHILE RELEASED ON BOND |

THIS MATTER, having come before the Court on Defendant Sung Mo Jun's Unopposed Motion for Travel Outside the United States While Released on Bond, and the Court having reviewed the motion and being fully advised, now therefore,

IT IS HEREBY ORDERED that the Motion (Dkt. # 39) is GRANTED. Defendant Sung Mo Jun is permitted to travel to South Korea from October 4, 2021 to November 6, 2021, to attend to the health and care of his mother. The Clerk's Office shall release his passport to him for this purpose. Upon returning to the United States, Mr. Jun shall immediately re-surrender his passport to the Clerk's Office no later than November 8, 2021.

DATED this 14th day of September, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION FOR TRAVEL OUTSIDE THE UNITED
STATES WHILE RELEASED ON BOND
(*USA v. Sung Mo Jun*, Case No. CR21-135 RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278