The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUNG MO JUN, *et al.*,<br><br>Defendants. | No. CR21-0135 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO PERMIT CONTACT BETWEEN DEFENDANTS JUNWOO CHON AND SUNG MO JUN |

THIS MATTER comes before the Court upon a motion by defendants Junwoo Chon and Sung Mo Jun to permit contact between them pending their report dates for their prison terms. The government does not oppose this request. Having considered the entirety of the records and file herein, the Court hereby grants this motion (Dkt. # 96). It is ORDERED that Junwoo Chon and Sung Mo Jun may have contact with each other pending their report dates for their prison terms. All other conditions of their appearance bonds remain in place.

DATED this 17th day of December, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO PERMIT CONTACT BETWEEN DEFENDANTS JUNWOO CHON AND SUNG MO JUN
(*Junwoo Chon*; No. CR21-0135 RAJ) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401