HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUNG MO JUN,<br><br>　　　　　Defendant. | Case No. CR21-135 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF SELF-SURRENDER DATE |

　　　The Court has considered Defendant Sung Mo Jun's Unopposed Motion for Extension of Self-Surrender Date, and, finding good cause, hereby ORDERS that the motion (Dkt. # 107) is GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date that is on or after April 26, 2022.

　　　DATED this 20th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF SELF-SURRENDER DATE
(Case No. CR21-135 RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278