HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SUNG MO JUN,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cr-00135-RAJ<br><br>ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF SELF-SURRENDER DATE |

The Court, having considered Defendant Sung Mo Jun's Second Unopposed Motion for Extension of Self-Surrender Date, and, finding good cause, hereby ORDERS that the motion (Dkt. 117) is GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date that is on or after June 20, 2022.

DATED this 5th day of April, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING SECOND UNOPPOSED MOTION
FOR EXTENSION OF SELF-SURRENDER DATE
(Case No. 2:21-cr-00135-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278